Sealed
Public and unofficial staff access to this instrument are prohibited by court order

United States Courts
Southern District of Texas
FILED

February 14, 2024

Nathan Ochsner, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | CRIMINAL NO. M-24-CR-00168 |
| JORGE SALINAS<br>aka "COACH" | § § § | **UNDER SEAL** |

### INDICTMENT

**THE GRAND JURY CHARGES:**

### GENERAL ALLEGATIONS

At all times material to this Indictment:

1. The city of Edinburg, Texas received benefits in excess of $10,000 from each of the calendar years of 2019 and 2020 under Federal programs involving grants, contracts, subsidies, loans, guarantees, insurance, and other forms of federal assistance.

2. Public Official A was an elected official for the City of Edinburg, Texas.

3. Jorge Salinas aka "Coach" was an elected official for the City of Edinburg, Texas.

4. Person 1 owned a business operating in Edinburg, Texas and the surrounding area. Person 1 attempted to obtain contracts and work agreements with the City of Edinburg for this business, and to maintain existing contracts and work agreements that existed between the City of Edinburg, Texas and this business.

5. Public Official A and Jorge Salinas aka "Coach" were in positions with the City of Edinburg, Texas where each could vote on whether the City of Edinburg, Texas would award contracts and work agreements to Person 1's business, or end or otherwise modify any existing contract or work agreement that already existed, either in writing or otherwise, between the City of Edinburg, Texas and Person 1's business.

## COUNT ONE
### (Federal Program Bribery)

6. Paragraphs 1 through 5 of this Indictment are re-alleged as if fully set forth herein.

7. From on or about June 1, 2019, to on or about March 1, 2020, in the Southern District of Texas and elsewhere within the jurisdiction of the Court, defendant,

**JORGE SALINAS aka "COACH,"**

did knowingly, and corruptly solicit and demand for his own benefit and the benefit of others, and accepted, and agreed to accept something of value, that is, United States currency, from Person 1, intending to be influenced and rewarded in connection with a business, transaction, and series of transactions with the City of Edinburg valued at $5,000 or more, that is, a vote and series of votes on a contract being awarded to a business controlled by Person 1, and during the same time period the City of Edinburg received benefits in excess of $10,000 under Federal programs involving a grant, contract, subsidy, loan, guarantee, insurance, and other form of Federal assistance.

In violation of Title 18, United States Code, Sections 666(a)(1)(B) and 2.

## COUNT TWO
### (Interstate Travel in Aid of Racketeering)

8. Paragraphs 1 through 5 of this Indictment are re-alleged as if fully set forth herein.

9. From on or about June 1, 2019, to on or about March 1, 2020, in the Southern District of Texas and elsewhere within the jurisdiction of the Court, defendant,

**JORGE SALINAS aka "COACH,"**

did knowingly use and cause to be used a facility in interstate and foreign commerce, namely a mobile telephone and wire and electronic communications, with the intent to promote, manage, establish and carry on, and to facilitate the promotion, management, establishment and carrying

on of an unlawful activity, namely, bribery, contrary to Texas Penal Code § 36.02 and Title 18, United States Code, Section 666 as detailed in Count One of the Indictment, and hereafter performed and attempted to perform an act to promote, manage, establish and carryon, and to facilitate the promotion, management, establishment and carrying of the above unlawful activity.

In violation of Title 18, United States Code Section, 1952(a)(3) and 2.

### NOTICE OF CRIMINAL FORFEITURE
### 18 U.S.C. § 982(a)(3)

10. Pursuant to Title 18, United States Code, Section 982(a)(3), the United States gives notice to the defendant,

**JORGE SALINAS aka "COACH,"**

that upon conviction of an offense in violation of Title 18, United States Code, Section 666(a)(1)(B), as charged in Count One of this Indictment, all property, real or personal, which represents or is traceable to the gross receipts obtained, directly or indirectly, as a result of such offense, is subject to forfeiture.

### NOTICE OF CRIMINAL FORFEITURE
### 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c)

11. Pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c), the United States gives notice to the defendant,

**JORGE SALINAS aka "COACH,"**

that upon conviction of an offense in violation of Title 18, United States Code, Section 1952(a)(3), as charged in Count Two of this Indictment, all property, real or personal, which constitutes or is derived from proceeds traceable to such offense, is subject to forfeiture.

## PROPERTY SUBJECT TO FORFEITURE

12. The property subject to forfeiture includes, but is not limited to, the following: Approximately Forty-Seven Thousand, Two Hundred and Thirty-Five Dollars ($47,235.00) in United States currency.

## MONEY JUDGMENT

13. In the event of conviction, the United States may seek a money judgment.

## SUBSTITUTE ASSETS

14. In the event that a condition listed in Title 21, United States Code, Section 853 exists, the United States will seek to forfeit any other property of the defendant in substitution up to the total value of the property subject to forfeiture.

A TRUE BILL:

_____
FOREPERSON OF THE GRAND JURY

ALAMDAR S. HAMDANI
UNITED STATES ATTORNEY

*(signature)*

ARTHUR R. JONES
Assistant United States Attorney

*(signature)* For

ROBERT GUERRA
Assistant United States Attorney