USA-74-24B
(Rev. 05/013)

Sealed
Public and unofficial staff access to this instrument are prohibited by court order

MCALLEN DIVISION

# CRIMINAL DOCKET

United States Courts
Southern District of Texas
FILED

*February 14, 2024*

Filed Nathan Ochsner, Clerk of Court

No. **M-24-CR-00168**

Judge: **DREW B. TIPTON**

USAO Number: 2019R20799
Magistrate Number:

CRIMINAL INDICTMENT

UNITED STATES of AMERICA
vs.

JORGE SALINAS aka "COACH"

ATTORNEYS:

**Almadar S. Hamdani, USA**   (713) 567-9000

Arthur R. Jones, AUSA & Robert Guerra, AUSA   (713) 567-9000

|  | Appt'd | Private |
|---|---|---|
|  | ☐ | ☐ |
|  | ☐ | ☐ |
|  | ☐ | ☐ |
|  | ☐ | ☐ |
|  | ☐ | ☐ |

CHARGE:
(TOTAL)
(COUNTS:)
( 2 )

Ct.1: Federal Program Bribery [18 USC §§ 666(a)(1)(B) and 2]
Ct.2: Interstate Travel in Aid of Racketeering [18 USC § 1952(a)(3) and 2]

PENALTY:
Ct.1: Imprisonment for up to 10 years; a fine of up to $250,000.00; a term of supervised release of up to 3 years
Ct.2: Imprisonment for up to 5 years; a fine of up to $250,000.00; a term of supervised release of up to 3 years

Notice of Criminal Forfeiture (18 USC § 982(a)(3))

☐ In Jail
☐ On Bond
☐ No Arrest

NAME & ADDRESS
of Surety:

PROCEEDINGS: